IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY BOYNES, | CIVIL DIVISION |
| Plaintiff, | No: 2:15-cv-00139 |
| vs. | Magistrate Judge Cynthia Reed Eddy |
| COUNTY OF LAWRENCE, SUSEN ROSSINO, M.D.; FRANCES KLOSS, R.N., ROXANNE DEMONACO, R.N. and PRIMECARE MEDICAL, INC., | *Electronically Filed* |
| | **JURY TRIAL DEMANDED** |
| Defendants. | |

## ORDER OF COURT

AND NOW, upon consideration of Defendant Susen Rossino, M.D.'s Motion to Amend Case Management Order, it is hereby ORDERED that said Motion is GRANTED. Fact discovery shall be completed by September 1, 2016. The parties shall complete an Early Neutral Evaluation by July 3, 2016. There shall be a post-discovery status conference on _____.

BY THE COURT:

_____
Cynthia Reed Eddy, Magistrate Judge